# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **ANNE HUMPHREYS,** | : | CIVIL ACTION |
| Plaintiff, | : | |
| | : | |
| v. | : | NO. 10-cv-1302 |
| | : | |
| **BUDGET RENT A CAR SYSTEM INC., et al.,** | : | |
| Defendants. | : | |

## O R D E R

**AND NOW**, this 4th day of March, 2013, upon consideration of Plaintiff's Motion for Leave to File an Amended Complaint (Doc. No. 23) and all Responses and Replies thereto, it is hereby **ORDERED** that the motion is **GRANTED.**

It is **FURTHER ORDERED** that the Clerk of Courts is directed to file Exhibit 1 attached to Doc. No. 23 as Plaintiff's Amended Complaint.

BY THE COURT:


/s/LAWRENCE F. STENGEL
LAWRENCE F. STENGEL, J.