# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| ANNE HUMPHREYS, | : | CIVIL ACTION |
|     Plaintiff, | : | |
| | : | |
| v. | : | No. 10-cv-1302 |
| | : | |
| BUDGET RENT A CAR SYSTEM INC., et al., | : | |
| | : | |
|     Defendants. | : | |

## O R D E R

**AND NOW**, this 21st day of July, 2016, upon consideration of the Plaintiff's Motion for Class Certification (Doc. No. 95), and any response thereto, and in accord with the accompanying memorandum, it is hereby **ORDERED** that said Motion is **DENIED with prejudice.**

**IT IS FURTHER ORDERED** that the Honorable Lawrence F. Stengel has scheduled a telephonic status conference with counsel for **Wednesday, August 31, 2016 at 10:00 a.m.** Counsel for the Plaintiff shall initiate the call with all parties and then contact the Judge's Chambers at 267-299-7760.

BY THE COURT:

*/s/ Lawrence F. Stengel*
LAWRENCE F. STENGEL, J.