**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| ANNE HUMPHREYS, on behalf of herself and all others similarly situated, | : | CASE NO. 10-cv-1302-LS |
| Plaintiff, | : : : | |
| v. | : : | JURY TRIAL DEMANDED |
| BUDGET RENT A CAR SYSTEM, INC., and VIKING COLLECTION SERVICE, INC., | : : : | ELECTRONICALLY FILED |
| Defendants. | : : | |

**STIPULATION OF DISMISSAL PURSUANT TO FED. R. CIV. P. 41**

Defendant, Budget Rent A Car System, Inc., and Plaintiff, Anne Humphreys, having resolved this action to their mutual satisfaction, hereby stipulate pursuant to Rule 41(a)(1)(A)(ii), to the dismissal of all claims and counterclaims with prejudice and without costs to any party as against the others in the above-captioned matter.

Dated:  November 21, 2018

| So stipulated, and respectfully submitted, | So stipulated, and respectfully submitted, |
|---|---|
| /s/ *Todd Collins* | /s/ *Bridget E. Montgomery* |
| Todd Collins, Esquire<br>Arthur Stock, Esquire<br>Shoshana Savett, Esquire<br>BERGER & MONTAGUE, P.C.<br>1818 Market Street, Suite 3600<br>Philadelphia, PA  19103<br>Telephone:    215.875.3040<br>Facsimile:     215.875.4604 | Bridget E. Montgomery, Esquire (PA 56105)<br>Adam M. Shienvold, Esquire (PA 81941)<br>ECKERT SEAMANS CHERIN & MELLOTT<br>213 Market Street, 8th Floor<br>Harrisburg, PA  17101<br>Telephone:    717.237.6000<br>Facsimile:     717.237.6019<br>Email:     bmontgomery@eckertseamans.com<br>                ashienvold@eckertseamans.com |

{L0787365.1}

| | |
|---|---|
| Ann Miller, Esquire<br>Ann Miller, LLC<br>1657 The Fairway # 132<br>Jenkintown, PA  19046<br>am@attorneyannmiller.com<br><br>Daniel Harris, Esquire<br>LAW OFFICES OF DANIEL HARRIS<br>150 N. Wacker Drive, Suite 3000<br>Chicago, IL  60606<br>lawofficedh@yahoo.com<br><br>*Attorneys for Plaintiff* | Carol L. Press, Esquire (PA 45462)<br>ECKERT SEAMANS CHERIN & MELLOTT<br>Two Liberty Place<br>50 S. 16th Street, 22nd Floor<br>Philadelphia, PA  19102<br>Telephone:     215.851.8439<br>Facsimile:      215.851.8383<br>Email:             cpress@eckertseamans.com<br><br><br>*Attorneys for Defendant, Budget Rent A Car System, Inc.* |

IT IS SO ORDERED.

Dated: _____, 2018     _____
                                                                                                            J.

{L0787365.1}